# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re** | **CASE NO. 1:18-CV-1714 AWI**<br>**BANKR. CASE NO. 16-90219-D-13**<br>**ADVERSARY PROC. NO. 18-09013-D** |
| **SHARON M. HAMILTON,** | |
| Debtor | **ORDER RE: MOTION TO DISMISS APPEAL** |
| **SHARON M. HAMILTON,** | |
| Appellant | |
| v. | |
| **B&B 2ND MORTGAGE, LLC, et al.,** | |
| Appellees | |

Appellant Sharon M. Hamilton initiated an appeal from an order of the bankruptcy court on December 18, 2018. The record on appeal was thereafter completed. The Clerk's Office sent out a briefing schedule on January 22, 2019 which stated "Pursuant to Federal Rule of Bankruptcy Procedure 8018, the appellant's opening brief and excerpts of record are due, filed in the district court within thirty (30) days, of the above date." Doc. 3. Appellant's brief was due on February 21, 2019. Appellant did not file an any brief or request for more time.

On April 15, 2019, Appellees made a motion to dismiss for failure to prosecute. Doc. 4. "If an appellant fails to file a brief on time or within an extended time authorized by the district court or BAP, an appellee may move to dismiss the appeal—or the district court or BAP, after notice, may dismiss the appeal on its own motion. An appellee who fails to file a brief will not be heard at oral argument unless the district court or BAP grants permission." Fed. R. Bankr. Proc. 8018(a)(4). Appellant filed no response to the motion. The matter was taken under submission on

May 7, 2019. Doc. 8.

    "A delay of close to three months is unreasonable" and may constitute grounds for dismissal of appeal. In re A & J Elastic Mills, Inc., 34 B.R. 977, 979 (S.D.N.Y. 1983). In general, "justice is better served when controversies are decided on their merits rather than procedural technicalities." Sierra Switchboard Co. v. Westinghouse Elec. Corp., 789 F.2d 705, 707 (9th Cir. 1986), quoting In re Bienert, 48 B.R. 326, 327 (N.D. Iowa 1985). "The district court has the inherent power sua sponte to dismiss a case for lack of prosecution." Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986), citations omitted. At this point, there has been no contact from Appellant for at least four months. Appellant appears to have abandoned the case.

    Given these circumstances, Appellee's motion is GRANTED. The appeal is DISMISSED.

IT IS SO ORDERED.

Dated: June 6, 2019

                              SENIOR DISTRICT JUDGE